NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3195

ARMIDA G. CHAVEZ,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
DE844E080296-I-1.

Before BRYSON, Circuit Judge.

## ORDER

Armida G. Chavez submits correspondence requesting a 60-day extension of time to seek review. The court considers whether Chavez's petition should be dismissed.

Chavez sought disability retirement benefits before the Office of Personnel Management (OPM). OPM denied her application and Chavez appealed to the Merit Systems Protection Board. The administrative judge (AJ) affirmed OPM's decision. The Board reversed the AJ's decision and OPM's decision and ordered OPM to award disability retirement benefits to Chavez.

Because the Board's decision was in Chavez's favor, it appears that the petition for review should be dismissed. See generally Bailey Container Corp. v. Dart Container Corp., 292 F.3d 1360, 1362 (Fed. Cir. 2002) (party may appeal judgment only if the

party "seeks to enlarge its own rights under the judgment or to lessen the rights of its adversary under the judgment"). To the extent that Chavez believes that OPM has not complied with the Board's instructions, Chavez may wish to seek relief from the Board.

Accordingly,

IT IS ORDERED THAT:

(1) Absent a response from Chavez within 21 days of the date of filing of this order, the petition for review will be dismissed.

(2) Chavez's request for an extension of time to seek review is denied.

FOR THE COURT

**JUN 12 2009**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Armida G. Chavez
David M. Hibey, Esq.

s17

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JUN 12 2009

JAN HORBALY
CLERK

2009-3195                                        2